Stan E. Riddle (Bar No. 167732)
Law Offices of Stan E. Riddle
2175 N. California Blvd., Suite 805
Walnut Creek, CA 94596
Tel. (925) 818-2795
Fax. (925) 262-4643

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In re

    Patricia Maria Murillo

    20875 Chester St
    Castro Valley, CA 94546

    SS#: xxx-xx-3605

                   Debtor

Chapter 13 Case No.: 13-40093-WJL

APPLICATION TO MODIFY CHAPTER 13 PLAN

The Debtor, Patricia Maria Murillo, respectfully requests the Court allow Debtor to modify the Chapter 13 Plan as follows:

1. Change Section 7 in the Chapter 13 Plan to the following language:

   The Deed of Trust with CitiMortgage, Inc. (hereinafter Creditor) encumbers the real property located at 20875 Chester Street, Castro Valley, CA 94546 ("Subject Property"), and secures a loan that is the subject of a currently pending sale. Debtor's pre-petition arrears are listed in Creditor's Proof of Claim in the amount of $58,174.64. This amount will be paid through the sale of the Subject Property within 30 days from the filing of the Application to Modify the Chapter 13 Plan.

The reason for the modification of the Chapter 13 plan is that the Debtor was unable to obtain a loan modification and must now sell the property located at 20875 Chester Street, Castro Valley, CA 94546. The Debtor proposes changes in the monthly plan payments to satisfy the requirements of the Chapter 13 plan.

The Debtor respectfully requests the Court enter an order granting the requested modification as set forth above.

Date: August 10, 2015         /s/ Stan E. Riddle
                              Stan E. Riddle, Attorney for Debtor