# Martha G. Bronitsky
Chapter 13 Standing Trustee
United States Bankruptcy Court

22320 Foothill Blvd #150, Hayward , CA 94541
Mail to: P.O. Box 5004, Hayward, CA 94540-5004
Debtor Chapter 13 Plan Payments to: P.O. Box 88007, Chicago, IL 60680-1007
Telephone: (510) 266-5580
Fax: (510) 266-5589

March 26, 2018

Stan E Riddle Atty
546 - 60Th Street #B
Oakland, CA 94609

Chapter 13 Case No.: 13-40093-WJL13
Re: Patricia Maria Murillo

Based on an audit of this case, the Trustee has determined that the plan will not fund within the term of the confirmed plan.

The case will run 75 months. This is 15 months over the 60 month term per the confirmed plan (Doc# 40). The reason(s) are:

| Creditor Name | Claim# | Scheduled Amount | Claimed Amount |
|---|---|---|---|
| EDD | 13 | $0.00 | $8,534.99 |

Failure to correct this/these issues could result in a Motion to Dismiss.

Sincerely,

/s/ Martha G. Bronitsky
Martha G. Bronitsky
Chapter 13 Standing Trustee


CC:
Patricia Maria Murillo
4791 Hillside Drive
Castro Valley, CA  94546