Stan E. Riddle (Bar No. 167732)
Law Offices of Stan E. Riddle
546 60th Street, Unit B
Oakland, CA 94609
Tel. (925) 818-2795
Fax. (925) 262-4643

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In re

Patricia Maria Murillo

4791 Hillside Drive
Castro Valley, CA 94546

SS#: xxx-xx-3605

                Debtor

) Chapter 13 Case No.: 13-40093
)
) **Stipulation on Trustee's Motion to Dismiss**

Pursuant to the Chapter 13 Trustee's Motion to Dismiss, filed on April 11, 2018 as document #92, the Debtor in the above referenced case (the "Debtor") has conferred with the Chapter 13 Trustee (the "Trustee") and the following arrangements have been agreed to:

1. Debtor shall cure the current chapter 13 plan deficiency (the "Deficiency) by making two payments (the "Payments") to the Trustee; the first of which shall be due on July 31, 2018, and the second payment shall be due on August 31, 2018.
2. If the Payments are not received by the Trustee in a timely fashion, the Trustee may submit a declaration to the Court stating this and may upload an Order of Dismissal dismissing this case.
3. The amount of the Deficiency is $1,078.32.

4. The amount of each of the Payments shall be as follows: the first and second payment amounts shall be $539.16 each.

The Debtor, by and through its legal counsel Stan E. Riddle, and Martha G. Bronitsky, the Chapter 13 Trustee, hereby agree and stipulate to the arrangements set forth above.

Date: July 13, 2018

/s/ Stan E. Riddle
Stan E. Riddle
Attorney for Debtor

Date: 7-13-18

Martha G. Bronitsky
Chapter 13 Trustee