| | |
|---|---|
| 1 | Kristin A. Zilberstein, Esq. (SBN: 200041) |
| 2 | Jennifer R. Bergh, Esq. (SBN 305219) |
|   | Adam P. Thursby, Esq. (SBN 318465) |
| 3 | LAW OFFICES OF MICHELLE GHIDOTTI |
|   | 1920 Old Tustin Avenue |
| 4 | Santa Ana, CA 92705 |
|   | Ph:  (949) 427-2010 |
| 5 | Fax: (949) 427-2732 |
| 6 | kzilberstein@ghidottilaw.com |

Attorney for Secured Creditor
US Bank Trust N.A., as Trustee of the Igloo Series III Trust, its successors and/or assignees

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| In Re: | ) | CASE NO.:  13-40093 |
|---|---|---|
| PATRICIA MARIA MURILLO | ) | CHAPTER 13 |
|  | ) | RS No.: MRG-109 |
| Debtor. | ) | **NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY** |
|  | ) | Date:  November 7, 2018 |
|  | ) | Time:  9:30 a.m. |
|  | ) | Ctrm:  220 |
|  | ) | Place: 1300 Clay Street, Suite 300, Oakland, CA 94612 |
|  | ) | Judge: William J. Lafferty |

Case: 13-40093    Doc# 106    Filed: 10/12/18    Entered: 10/12/18 16:21:48    Page 1 of 2
Motion for Relief
13-40093

TO ALL PARTIES IN INTEREST AND TO THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that on the above date and time, in the Court located at 1300 Clay Street, Suite 300, Oakland, CA 94612, US Bank Trust N.A., as Trustee of the Igloo Series III Trust, its successors and/or assignees, herein will move this Court for an Order granting relief from the automatic stay on the grounds set forth in the attached Motion for Relief from the Automatic Stay.

Please take notice that unless the Debtor or Debtor's counsel appears in opposition to the Motion, the Mtion may be granted without further hearing.

Dated: October 11, 2018     LAW OFFICES OF MICHELLE GHIDOTTI

/s/ Kristin A. Zilberstein
Kristin A. Zilberstein, Esq.
Counsel for US Bank Trust N.A., as Trustee of the Igloo Series III Trust

Case: 13-40093   Doc# 106   Filed: 10/12/18   Entered: 10/12/18 16:21:48   Page 2 of 2
Motion for Relief
13-40093